EXHIBIT "B"

*Law Offices*
## LAUSON & TARVER LLP

880 Apollo Street, Suite 301
El Segundo, California 90245
Tel. (310) 726-0892
Fax (310) 726-0893
www.lauson.com

Procurement and Enforcement　　　　　　　　　　　Patent, Trademark,
　of Intellectual Property　　　　　　　　　　　　Copyright and Related Causes

April 6, 2017

via Federal Express, tracking no. 7788 4640 7120

GIMME GIMME, LLC
244 Madison Ave., Suite 747
New York, NY 10016

mochilaproductionstudios@gmail.com

Re　Privacy Pop LLC v. Gimme Gimme LLC (New York)
　　Infringement of U.S. Patent No. D681,146
　　(Our Ref. 17-30463)

　　　We represent Privacy Pop LLC of Irvine, California in intellectual property legal matters. Our client and invented and commercialized a PRIVACY POP® line of bed tents starting in 2011. See, www.privacypop.com. Our client is also the owner of U.S. Patent No. D681,146 covering the design of its bed tent. See first enclosure.

　　　Our client recently became aware of your advertising and sales of a Gimme Gimme Privacy Bed Tent on Amazon.com and your website www.gimmegim.me. See second enclosures. The product depicted in your advertising appears substantially similar to the product our client is selling protected by its patent. Accordingly, we request that you promptly agree to cease-and-desist from further advertising or sales in the USA.

　　　We will appreciate hearing from you within the next seven (7) days or by April 13[h] as to whether you are willing to voluntarily comply. If not, our client will add your company as a party to the existing lawsuit already pending in federal court in Los Angeles. See third enclosure.

　　　We await hearing from you. Contact us with any questions or comments. Nothing herein shall constitute a waiver of our client's rights in law or equity, all of which are expressly reserved.

Very truly yours,

Robert J. Lauson

US00D681146S

## (12) United States Design Patent
Sperry et al.

(10) Patent No.: **US D681,146 S**
(45) Date of Patent: ★★ **Apr. 30, 2013**

(54) **BED TENT FOR PRIVACY**

(76) Inventors: **Kevin Sperry**, Orange, CA (US); **Danny Ninete**, Orange, CA (US); **Eric Mear**, Orange, CA (US)

(**) Term: 14 Years

(21) Appl. No.: 29/420,258

(22) Filed: **May 7, 2012**

(51) LOC (9) Cl. ................................................ 21-04
(52) U.S. Cl.
    USPC ...................................................... D21/838
(58) Field of Classification Search ............... D21/834, D21/838, 839; D6/389, 382, 602, 606, 610, D6/616; 135/90, 96, 124–126, 137; 5/414, 5/424

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,931,373 | A | * 4/1960 | Larson | 135/90 |
| 3,848,279 | A | * 11/1974 | Ipsen, Jr. | 5/113 |
| D235,585 | S | * 6/1975 | Stevens | D21/838 |

(Continued)

OTHER PUBLICATIONS

Disney, Toys & Games, "Princess Bed Tent With Pushlight." Amazon.com. (undated) <http://www.amazon.com/Disney-Princess-Bed-Tent-Pushlight/dp/B004GR9VSK/ref=pd_sim_sbs>.

(Continued)

*Primary Examiner* — Cynthia M Chin
(74) *Attorney, Agent, or Firm* — Robert J. Lauson; Lauson & Tarver LLP

(57) **CLAIM**

We claim the ornamental design for a bed tent for privacy, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of the preferred embodiment for a twin bunk bed showing the zipper door closed.
FIG. 2 is a front view of the preferred embodiment, the rear view is a mirror image thereof.
FIG. 3 is a side view of the preferred embodiment, the opposing side is a mirror image thereof.
FIG. 4 is a top view of the preferred embodiment.
FIG. 5 is a bottom view of the preferred embodiment.
FIG. 6 is a perspective side view of the preferred embodiment with the zipper door opened.
FIG. 7 is a perspective side view of a first alternate embodiment for a queen size bed with the zipper door closed.
FIG. 8 is a front view of the first alternate embodiment.
FIG. 9 is a side view of the first alternate embodiment.
FIG. 10 is a bottom view of the first alternate embodiment.
FIG. 11 is a top view of the first alternate embodiment.
FIG. 12 is a perspective view of the first alternate embodiment with the zipper door opened.
FIG. 13 is a perspective view of a second alternate embodiment for a twin bed with the zipper door closed.
FIG. 14 is a front view of the second alternate embodiment.
FIG. 15 is a side view of the second alternate embodiment.
FIG. 16 is a bottom view of the second alternate embodiment.
FIG. 17 is a top view of the second alternate embodiment; and,
FIG. 18 is a perspective view of the second alternate embodiment with the zipper door opened.

Portions of the drawings shown in dashed line are for illustrative purposes only as a portion of the environment of the invention and form no part of the claimed design.

**1 Claim, 7 Drawing Sheets**




U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D285,880 S | * | 9/1986 | Griesenbeck | D21/838 |
| 4,641,387 A | * | 2/1987 | Bondy et al. | 5/658 |
| D298,768 S | * | 11/1988 | Dwosh et al. | D21/838 |
| D369,492 S | * | 5/1996 | Panno et al. | D6/331 |
| D372,953 S | * | 8/1996 | Florez | D21/838 |
| D389,677 S | * | 1/1998 | Hebner et al. | D6/491 |
| 6,687,930 B1 | * | 2/2004 | Eads et al. | 5/414 |
| 6,772,458 B2 | * | 8/2004 | Ellen et al. | 5/424 |
| 7,380,296 B2 | * | 6/2008 | Ellen et al. | 5/424 |
| 7,430,770 B2 | * | 10/2008 | Ramirez | 5/424 |
| 7,735,167 B2 | * | 6/2010 | Kline et al. | 5/414 |
| 7,921,863 B2 | * | 4/2011 | Ways | 135/125 |
| 8,087,110 B1 | * | 1/2012 | Park et al. | 5/414 |

OTHER PUBLICATIONS

IKEA, Canopies & Bed Tents, "Bent Tent", IKEA.com (undated) <http://www.ikea.com/us/en/catalog/products/20116207>.

* cited by examiner





fig.4

fig.5

fig.6



fig. 7

fig. 8



Fig.9



Fig.10



FIG. 11



FIG. 12



FIG. 13



FIG. 14   FIG. 15



FIG. 16

FIG. 17

FIG. 18







Size: Twin Long

- Your cost could be **$49.99 instead of $99.99**! Get a **$50 Amazon.com Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Product description

Size: Twin Long

Privacy, Comfort, Convenience Retire to a calm sleeping *pod in shared or open spaces. Easy setup. Keep sunlight and overhead lights to a minimum. Nap time is anytime. Includes opening slot for electronic devices, double sided zippers, two doors, two windows & carrying bag. Available bed sizes: Twin (78"x39"x47") & Twin Long (80"x39"x47"). Includes double sided zippers, two doors, two windows & carrying bag. *Linens and mattress not included.

## Product information

Size: Twin Long

| | |
|---|---|
| Product Dimensions | 24.5 x 24.5 x 2.5 inches |
| Item Weight | 4.3 pounds |
| Shipping Weight | 4.3 pounds (View shipping rates and policies) |
| ASIN | B01N06HI5L |
| Best Sellers Rank | #71,269 in Toys & Games (See Top 100 in Toys & Games) #291 in Toys & Games > Kids' Furniture & Room Décor > Tents & Tunnels #6,393 in Toys & Games > Sports & Outdoor Play |
| Customer Reviews | Be the first to review this item 0.0 out of 5 stars |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

If you are a seller for this product, would you like to suggest updates through seller support?

Would you like to tell us about a lower price?

## Compare to similar items

| | **This item** Gimme Gimme Privacy Bed Tent (Twin Long) | Privacy Pop Bed Tent (Twin) - GRAY | DDASUMI Warm Tent for Single Bed 2015 (Mint) - Indoor Tent | DDASUMI Warm Tent For Double Bed Without Floor (Mint) - Blocking Cold air, Privacy, Play Indoor Tent |
|---|---|---|---|---|
| Customer Rating | (0) | (391) | (4) | (4) |
| Price | $99.99 | $129.99 | $85.00 | $95.00 |
| Shipping | FREE Shipping | $15.00 | FREE Shipping | FREE Shipping |
| Sold By | Gimme Gimme LLC | Privacy Pop | KSUSSTORE | KSUSSTORE |
| Color | Black | Gray | Mint | Mint |
| Item Dimensions | — | 39 x 78 x 47 in | 3.94 x 25.59 x 3.94 in | 3.94 x 25.59 x 3.94 in |
| Item Weight | — | 8 lbs | 3.97 lbs | 4.85 lbs |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |

**Sponsored products related to this item** (What's this?)








Privacy Pop Bed Tent (Twin) - BLUE
391
$129.99

Fox Print Princess Castle Play Tent with Glow in the Dark Stars, conveniently folds in to...
1,291
$21.99

Premium Trampoline, TOPQSC Fitness Trampolines Mini Exercise Trampoline...
$169.89

Koala Portable Camping Hammock Bed Bundle. 2 Person, 2-Hanging Straps, 2-Carabiners,...
7
$34.98

Kids Play Tent, Play Ground, Room, Child Tunnel New Play Hut Inside - Outside. One...
253
$49.99

SueSport Girls Pnr Castle Play Tent, P
372
$19.01

Ad feedback



Ad feedback

**Customer Questions & Answers**

See questions and answers

**Customer Reviews**

There are no customer reviews yet.

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

Share your thoughts with other customers

Write a customer review




Ad feedback

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| | Become an Amazon Vendor | | Help |
| | › See all | | |

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Drive<br>Unlimited Cloud Storage<br>From Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door |
| AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Free Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants | Amazon Video Direct<br>Video Distribution<br>Made Easy | Amazon Web Services<br>Scalable Cloud<br>Computing Services |
| Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | Casa.com<br>Kitchen, Storage<br>& Everything Home | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy |
| Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need |
| Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools | Wag.com<br>Everything<br>For Your Pet |
| Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content | Withoutabox<br>Submit to<br>Film Festivals | Woot!<br>Deals and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2017, Amazon.com, Inc. or its affiliates



PRODUCTS     ABOUT US

SHOP (HTTPS://WWW.AMAZON.COM/GP/PRODUCT/B01MTKG869)

# GIMME GIMME

Perfect for guest rooms, dorm rooms, kid's rooms.

BUY NOW ON AMAZON

(https://www.amazon.com/gp/product/B01MTKG869)

# PRODUCTS

Privacy Bed Tent

## GIMME PRIVACY

Retire to a calm sleeping pod* in shared or open spaces.



## GIMME COMFORT

Keep sunlight and overhead

# ABOUT US

We are a lifestyle brand offering innovative and problem solving products.
Additional products launching soon.

Gimme Gimme

---

Gimme Gimme LLC
244 Madison Avenue, Suite 747
New York, New York 10016
[Contact Us (mailto:hello@gimmegim.me)](mailto:hello@gimmegim.me)

Twin Long

(80"x39"x47"). Includes double sided zippers, two doors, two windows & carrying bag.

*Linens and mattress not included.

© Gimme Gimme 2016. All Rights Reserved



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.