EXHIBIT "C"

April 5, 2017

**Via Certified Mail**

Lauson & Tarver, LLP
Attn: Robert J. Lauson
880 Apollo Street, Suite 301
El Segundo, California 90245

**Re: Privacy Pop LLC v. Gimme Gimme LLC, Burkett—Patent Concerns**
**Your Reference: 17-30463/ Our Reference: CIV02603-635**

Dear Mr. Lauson,

This firm has been retained to represent Gimme Gimme LLC ("Gimme Gimme"), in connection with the above-referenced patent matter.

We write in response letter, dated March 21, 2017, in which Privacy Pop LLC ("Privacy Pop") alleges that Gimme Gimme has improperly used a certain design. Please direct all further correspondence to this firm.

Gimme Gimme takes these allegations very seriously. However, we do not agree that the product sold by our client infringes your client's alleged design patent rights in the design of Privacy Pop's bed tent ("Privacy Pop Design"). We also have serious concerns regarding the validity and enforceability of the design patent protection Privacy Pop claims in the Privacy Pop Design.

It is clear that an ordinary observer would not think that the product sold by Gimme Gimme is substantially the same as the Privacy Pop Design when the two designs are compared in the context of the prior art. An ordinary observer would see that the product sold by Gimme Gimme has a different, in size and design, zipper around the part of the bed tent that presents an opening at the front and at the back of the tent. The distance between the zipper and the edge of our client's bed tent is larger than in the Privacy Pop Design.

That notwithstanding, it appears that the Privacy Pop Design appearance is based largely on its functionality. Purely functional appearance is not a proper subject of design patent protection. Indeed, it is unclear to us which portion, if any, of the Privacy Pop Design is patentable. Therefore, the Privacy Pop Design patent protection, in our opinion, is narrow at best, and possibly invalid and unenforceable. Consequently, Gimme Gimme has not infringed and is not infringing the Patent No. D681,146.

Please be advised that nothing in this letter should be considered a waver of Gimme Gimme rights, defense and legal remedies, all of which are expressly reserved.

NEW YORK 280 Madison Avenue, Suite 600 New York, NY 10016 P (212) 206-9399 F (917) 522-9615
CALIFORNIA 315 Montgomery Street, Suite 900 San Francisco, CA 94104 P (415) 528-2142 F (415) 762-5323
info@wrsamuelslaw.com • wrsamuelslaw.com

Very truly yours,

William R. Samuels
W.R. Samuels Law PLLC